UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRIAN CHRISTOPHER GARDNER,**

**Plaintiff,**

**v.**                                                              **Case No:  6:16-cv-684-Orl-41DCI**

**COMMISSIONER OF SOCIAL
SECURITY,**

**Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 23). United States Magistrate Judge Daniel Irick submitted a Report and Recommendation, which recommends that the motion be granted, the final decision of the Commissioner of Social Security be reversed, and this case be remanded for further proceedings. ("R&R," Doc. 24, at 2). Judge Irick also recommends that the Clerk be directed to enter judgment accordingly. (*Id.*).

After a *de novo* review of the record in this matter and noting the parties' joint notice of non-objection, (Resp. to R&R, Doc. 25), the Court agrees entirely with the analysis set forth in the R&R.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 24) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 23) is **GRANTED**.

3.  The Commissioner's final decision in this case is **REVERSED** and **REMANDED** for further proceedings consistent with the motion.

4.  The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on December 19, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record