UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRIAN CHRISTOPHER GARDNER,**

  **Plaintiff,**

v.               Case No: 6:16-cv-684-Orl-41DCI

**COMMISSIONER OF SOCIAL SECURITY,**

  **Defendant.**
_____/

**ORDER**

  THIS CAUSE is before the Court on Plaintiff's Unopposed Motion for Award of Attorney Fees ("Motion," Doc. 28). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 29), which recommends that the Motion be granted in part and that Plaintiff be awarded $6,491.29 in attorney's fees.

  After a *de novo* review of the record, and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation.

  Therefore, it is **ORDERED** and **ADJUDGED** as follows:

  1. The Report and Recommendation (Doc. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2. Plaintiff's Unopposed Motion for Award of Attorney Fees (Doc. 28) is **GRANTED in part**.

  3. Plaintiff is awarded $6,491.29 in attorney's fees. In all other respects, the motion is denied.

**DONE** and **ORDERED** in Orlando, Florida on June 12, 2017.



Copies furnished to:

Counsel of Record